UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | No. 02- |
| HECTOR FABIO GARCIA | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Margaret Ann Mahoney, Assistant U.S. Attorney, appearing), and defendant HECTOR FABIO GARCIA (Ruth M. Liebesman, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy days of his indictment; and the parties having been in engaged in plea negotiations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __15__ day of May, 2008,

ORDERED that the proceedings in the above-captioned matter are continued for a period of sixty (60) days, from May 15, 2008 to July 14, 2008; and

IT IS FURTHER ORDERED that the period between the date of this order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. William H. Walls
United States District Judge

Ruth M. Liebesman, Esq.
Attorney for Hector Fabio Garcia

Margaret Ann Mahoney, Esq.
Assistant United States Attorney